■ MARIA REEVES, Respondent, v LENOX HILL HOSPITAL, Appellant, et al., Defendants. — Judgment, Supreme Court, New York County (E. Shea, J.), entered on November 6, 1981, unanimously reversed, on the law and the facts, and a new trial ordered solely on the issue of damages, without costs and without disbursements, unless plaintiff, within 20 days after service upon her of a copy of the order herein, with notice of entry, serves and files in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict in her favor to $150,000, that sum representing $75,000 for pain and suffering and $75,000 for permanency, and to the entry of an amended judgment in accordance therewith. If plaintiff so stipulates, the judgment, as so amended and reduced, is affirmed, without costs and without disbursements. After review of the record, the damages appear to us to be excessive to the extent indicated. Concur — Murphy, P. J., Ross, Markewich, Bloom and Asch, JJ.

■ FIREWORKS ADVERTISING, INC., Appellant, et al., Plaintiff, v 149 FIFTH AVENUE CORPORATION, Respondent. — Order of the Supreme Court, New York County (McQuillan, J.), entered May 28, 1982, which denied plaintiff's motion for a preliminary injunction and vacated a temporary restraining order granted on May 10, 1982 and continued on May 13, 1982, is unanimously reversed, on the law, the facts and in the exercise of discretion, without costs, and the notice to cure is tolled until 15 days after the entry of a final judgment in the related declaratory judgment action. In view of the order of this court in *Fireworks Adv. v 149 Fifth Ave. Corp.* (90 AD2d 1003), affirming the order of the Supreme Court, New York County (Preminger, J.), entered April 29, 1982, which granted defendant's motion to vacate the judgment filed on January 29, 1982, the tolling of the notice to cure will simply maintain the *status quo* between the parties until this matter is determined on its merits. Concur — Murphy, P. J., Sullivan, Ross, Bloom and Milonas, JJ.